# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## Civil Action No: 5:17-CV-00172-GCM

| | |
|---|---|
| **JACKSON NATIONAL LIFE INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff in Interpleader,** | ) ) |
| v. | ) ) |
| **MICHAEL D. PRESLEY and HOLLY S. PRESLEY,** | ) ) ) |
| **Defendants and Claimants in Interpleader.** | ) ) |

## ORDER

Plaintiff JACKSON NATIONAL LIFE INSURANCE COMPANY ("Jackson Life"), filed a Motion to Deposit Funds [D.E. 3], seeking leave of the Court permitting Jackson Life to deposit death benefit proceeds ($35,133.93 as of September 28, 2017; the proceeds are subject to market fluctuation and thus, the amount deposited may vary) into the Registry of the Court, payable by reason of the death of David A. Presley under a variable annuity contract with death benefit available, bearing a policy number which ends in -2338 (the "Policy").

Finding good cause to grant the Motion, IT IS ORDERED THAT THE Clerk of this Court shall accept Plaintiff's check in the amount of the death benefit proceeds (currently valued at $35,133.93 as of September 28, 2017) into the Registry of the Court for ultimate disposition by Order of the Court in the above-referenced action.

Signed: October 4, 2017

Graham C. Mullen
United States District Judge