**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 5:17-CV-00172-GCM**

| | |
|---|---|
| **JACKSON NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
|     **Plaintiff in Interpleader,** | ) |
| | ) |
|   **v.** | ) |
| | ) |
| **MICHAEL D. PRESLEY and** | ) |
| **HOLLY S. PRESLEY,** | ) |
|     **Defendants and Claimants** | ) |
|     **in Interpleader.** | ) |

## ORDER

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.**

The clerk is to rescind the Notice to Conduct Initial Attorneys Conference which was mailed to Michael D. Presley on December 5, 2017. There is no need to do a new Initial Attorneys Conference.

    **IT IS ORDERED** that Mr. Presley shall advise the Court of which parts of the Initial Attorneys Conference he objects to or wishes to change. Mr. Presley is directed to report back to the Court within 7 days of the signing of this Order.

    IT IS SO ORDERED.

Signed: December 11, 2017

Graham C. Mullen
United States District Judge